# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00400-CR

**Omar Martin Nestor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 71952, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Omar Martin Nestor filed a notice of appeal from a judgment of conviction for robbery. *See* Tex. Penal Code § 29.02. However, the trial court certified that this is a plea bargain case and Nestor has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Nestor and his counsel signed the certification.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: July 10, 2014

Do Not Publish